UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re

       JUAN NUNEZ,

           Debtor.

-------------------------------------------------------X

DENISE KINGUE BONNAIG, ESQ., d/b/a
DENISE K. BONNAIG & ASSOCIATES,

                     Plaintiff,

     -against-

JUAN NUNEZ,

                   Defendant.

-------------------------------------------------------X

Case No. 09-22603-rdd

Chapter 7

COMPLAINT

Adversary Proceeding No.: 13-08351-rdd

### **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                         ) ss
COUNTY OF NEW YORK  )

     I, Mahima Joishy, being duly sworn, deposes and state:

     1.  I am an associate of the law firm of Bonnaig & Associates, the Plaintiff in the above-referenced matter.

     2. Our business address is 25 Murray Street, 6D, New York, New York 10007.

     3. On October 4, 2013, I caused true and correct copies of the following documents to be served by email and/or U.S. Mail on the parties identified on Exhibit A annexed hereto:

- Complaint [Docket No. 1]; and

- Summons with Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 2].

MAHIMA JOISHY

Sworn to me this 10th day of October, 2013

NOTARY PUBLIC

DENISE K. BONNAIG

DENISE K. BONNAIG
NOTARY PUBLIC, State of New York
No. 02BO4962459
Qualified in New York County
Commission Expires Feb. 20, ___

# EXHIBIT A

Robert S. Lewis, Esq.
Law Offices of Robert S. Lewis, P.C.
Attorneys & Counselors At Law
53 Burd Street
Nyack, New York 10960


United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014


Jeffrey L. Sapir
Chapter 7 Trustee
399 Knollwood Road
Suite 102
White Plains, New York 10603